# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 514 EAL 2016
:
             Respondent :
:
              : Petition for Allowance of Appeal from
              : the Order of the Superior Court
         v. :
:
:
:
EDWIN DAVIS, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.